07/03/2012 04:39:53pm

**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>**EASTERN DISTRICT OF NEW YORK**<br>**BROOKLYN DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Powell, Kevin** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more<br>than one, state all): **xxx-xx-9969** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if<br>than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**176 Johnson St. Apt 8B**<br>**Brooklyn, NY**<br>ZIP CODE **11201** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**176 Johnson St. Apt 8B**<br>**Brooklyn, NY**<br>ZIP CODE **11201** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (12/11)**

| **Voluntary Petition** | Name of Debtor(s): | **Kevin Powell** |
|---|---|---|
| *(This page must be completed and filed in every case.)* | | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**_____<br><div align="right">Date</div> |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no
principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012 (Build 9.1.38.5, ID 1870*

**B1 (Official Form 1) (12/11)**

| Voluntary Petition | Name of Debtor(s):    Kevin Powell |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor (s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Kevin Powell
   **Kevin Powell**

**X**

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

**X** /s/ Lurie Daniel Favors
   **Lurie Daniel Favors**          Bar No. **LD1807**

**Daniel Favors Law PLLC**
**305 Broadway 14th Flr.**
**New York, NY 10007**

Phone No. **(347) 967-7737**          Fax No. **(212) 659-0108**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**B 1D (Official Form 1, Exhibit D) (12/09)** UNITED STATES BANKRUPTCY COURT
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

In re:    Kevin Powell                                              Case No. _____
                                                                              (if known)

                Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you
cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens,
you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your
case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may
have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D.
Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling
and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services
provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling
and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services
provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any
debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during
the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit
counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days
after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together
with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in
dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of
15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case
without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION**

In re:    **Kevin Powell**

Case No. _____

(if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Kevin Powell**_____
                     Kevin Powell

Date: _____

B6A (Official Form 6A) (12/07)

In re **Kevin Powell**                                   Case No. _____

                                                                   (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Debtor's Primary Residence<br>176 Johnson St. Unit 8B<br>Brooklyn, NY 11201<br>Debtor owns 50% interest in subject property. Property is encumbered by two notes signed by the non-debtor co-owner.The notes have an unpaid principal balance in the amount of $615799.70 as disclosed on Schedule D.<br><br>Debtor disputes secured mortgage claims as to the total amount of the debt as of the petition date and as to the alleged arrears and also disputes that the scheduled party is the lawful owner and holder of the original mortgage note. | Fee | J | $375,000.00 | $615,799.70 |
| | | Total: | $375,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Kevin Powell**

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand: 65 | - | $65.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase<br>JP Morgan Chase Bank N.A.<br>P O Box 659754<br>San Antonio, TX 78265-9754<br>Checking Account: xxxxxxxxxxx1822 | - | $0.00 |
| | | Chase Business Account<br>Buzz Brand Marketing Account o/b/o K. Powell<br>JP Morgan Chase Bank N.A.<br>P O Box 659754<br>San Antonio, TX 78265-9754<br>Checking Account:xxxxx8858 | - | $951.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Living room furniture - $2679<br>Laundry room furniture - $220<br>Kitchen furnishings - $800<br>Home furnishings - $5125 | - | $8,824.00 |
| | | Home office equipment | - | $1,360.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing & home linens | - | $1,275.00 |
| 7. Furs and jewelry. | X | | | |

07/03/2012 04:39:55pm

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Kevin Powell**                                      Case No. _____
                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Allstate Term Life Insurance Policy No cash value xxxxxx9645 | - | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Kevin Powell**                                          Case No. _____
                                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Author: In the Tradition: Anthology of Young Black Writers (1993)<br>Publisher: Harlem River Press<br>No royalties received. | - | $50.00 |
| | | Author:Recognize - A Poetry Book (1995)<br>Publisher: Harlem River Press<br>No royalties received. | - | $20.00 |
| | | Author: Keepin It Real (1997)<br>No royalties received. | - | $50.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Kevin Powell**                                          Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | $60,000 Advance paid in 1996, advance to be recouped by future royalty earnings. | | |
| | | Author: Step into a World: Global Anthology of the New Black Literature (2000) No royalties received. Publisher: Wiley & Sons Currently out of print | - | $50.00 |
| | | Author: Who Shot Ya? Three Decades of Hip Hop History (2002) $75,000 Advance paid in 2002. Advance to be recouoped from future royalty payments. No royalties received. | - | $50.00 |
| | | Author: Whose Gonna Take the Weight? Manhood, Race & Power in America (2003) No royalties received. | - | $50.00 |
| | | Author: Someday We'll All be Free (2006) Currently out of print - agrement terminated No royalties received. Royalty Rate Advance: $26666 received in 2006 | - | $20.00 |
| | | Author: No Sleep till Brooklyn: New and Selected Poems (2008) Royalty Rate: 10% No royalties received. $2000 advance paid in 2009 | - | $20.00 |
| | | Author: The Black Male Handbook: A Blueprint for Life (2008) Royalty Rate: 7.5% No royalties received. $75,000 Advance against royalties recieved 2008, advance to be recouped from future royalty streams | - | $50.00 |
| | | Author: Open Letters to America (2009) | - | $20.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Kevin Powell**                                    Case No. _____

                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Royalty Rate: 10%<br>No royalties received.<br>$2000 Advance received in 2009. Advance to be recouped by future royalty streams.<br><br>Author: Barack Obama, Ronald Reagan and the Ghost of Dr. King (2012)<br>Not currently under contract. | - | $2,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

07/03/2012 04:39:55pm

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Kevin Powell**                                      Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____5_____ continuation sheets attached

**Total  >** | $14,855.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

07/03/2012 04:39:55pm

B6C (Official Form 6C) (4/10)

In re **Kevin Powell**                                          Case No. _____
                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                      $146,450.*
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Debtor's Primary Residence<br>176 Johnson St. Unit 8B<br>Brooklyn, NY 11201<br>Debtor owns 50% interest in subject property. Property is encumbered by two notes signed by the non-debtor co-owner.The notes have an unpaid principal balance in the amount of $615799.70 as disclosed on Schedule D.<br><br>Debtor disputes secured mortgage claims as to the total amount of the debt as of the petition date and as to the alleged arrears and also disputes that the scheduled party is the lawful owner and holder of the original mortgage note. | 11 U.S.C. § 522(d)(1) | $0.00 | $375,000.00 |
| Cash on hand: 65 | 11 U.S.C. § 522(d)(5) | $65.00 | $65.00 |
| Chase<br>JP Morgan Chase Bank N.A.<br>P O Box 659754<br>San Antonio, TX 78265-9754<br>Checking Account: xxxxxxxxxx1822 | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| Chase Business Account<br>Buzz Brand Marketing Account o/b/o K. Powell<br>JP Morgan Chase Bank N.A.<br>P O Box 659754<br>San Antonio, TX 78265-9754<br>Checking Account:xxxxx8858 | 11 U.S.C. § 522(d)(5) | $951.00 | $951.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced on or after the date of adjustment.* | | **$1,016.00** | **$376,016.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Kevin Powell**                                         Case No. _____

                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Living room furniture - $2679 | 11 U.S.C. § 522(d)(3) | $8,824.00 | $8,824.00 |
| Laundry room furniture - $220 | | | |
| Kitchen furnishings - $800 | | | |
| Home furnishings - $5125 | | | |
| Home office equipment | 11 U.S.C. § 522(d)(3) | $1,360.00 | $1,360.00 |
| Clothing & home linens | 11 U.S.C. § 522(d)(3) | $1,275.00 | $1,275.00 |
| Allstate Term Life Insurance Policy No cash value xxxxxx9645 | 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 |
| Author: In the Tradition: Anthology of Young Black Writers (1993) Publisher: Harlem River Press No royalties received. | 11 U.S.C. § 522(d)(5) | $50.00 | $50.00 |
| Author:Recognize - A Poetry Book (1995) Publisher: Harlem River Press No royalties received. | 11 U.S.C. § 522(d)(5) | $20.00 | $20.00 |
| Author: Keepin It Real (1997) No royalties received. $60,000 Advance paid in 1996, advance to be recouped by future royalty earnings. | 11 U.S.C. § 522(d)(5) | $50.00 | $50.00 |
| Author: Step into a World: Global Anthology of the New Black Literature (2000) No royalties received. Publisher: Wiley & Sons Currently out of print | 11 U.S.C. § 522(d)(5) | $50.00 | $50.00 |
| Author: Who Shot Ya? Three Decades of Hip Hop History (2002) | 11 U.S.C. § 522(d)(5) | $50.00 | $50.00 |
| | | **$12,695.00** | **$387,695.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Kevin Powell**                                  Case No. _____

                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| $75,000 Advance paid in 2002. Advance to be recouped from future royalty payments. No royalties received. | | | |
| Author: Whose Gonna Take the Weight? Manhood, Race & Power in America (2003) No royalties received. | 11 U.S.C. § 522(d)(5) | $50.00 | $50.00 |
| Author: Someday We'll All be Free (2006) Currently out of print - agrement terminated No royalties received. Royalty Rate Advance: $26666 received in 2006 | 11 U.S.C. § 522(d)(5) | $20.00 | $20.00 |
| Author: No Sleep till Brooklyn: New and Selected Poems (2008) Royalty Rate: 10% No royalties received. $2000 advance paid in 2009 | 11 U.S.C. § 522(d)(5) | $20.00 | $20.00 |
| Author: The Black Male Handbook: A Blueprint for Life (2008) Royalty Rate: 7.5% No royalties received. $75,000 Advance against royalties recieved 2008, advance to be recouped from future royalty streams | 11 U.S.C. § 522(d)(5) | $50.00 | $50.00 |
| Author: Open Letters to America (2009) Royalty Rate: 10% No royalties received. $2000 Advance received in 2009. Advance to be recouped by future royalty streams. | 11 U.S.C. § 522(d)(5) | $20.00 | $20.00 |
| Author: Barack Obama, Ronald Reagan and the Ghost of Dr. King (2012) Not currently under contract. | 11 U.S.C. § 522(d)(5) | $2,000.00 | $2,000.00 |
| | | **$14,855.00** | **$389,855.00** |

07/03/2012 04:39:57pm

B6D (Official Form 6D) (12/07)

In re **Kevin Powell**

Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **Index No: 27997/2007**<br><br>**Gleason & Koatz, LLP**<br>**122 East 42nd St.**<br>**New York, Ny 10169**<br>**Attn: Rachel E. Black-Maier** | | - | DATE INCURRED: **2008**<br>NATURE OF LIEN:<br>**Judgment**<br>COLLATERAL:<br>**Lien**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional**<br><br>VALUE: **$0.00** | | | X | **$45,273.00** | **$45,273.00** |
| **Representing:**<br>**Gleason & Koatz, LLP** | | | **Supreme Court of the State of New York**<br>**360 Adams St.**<br>**Brooklyn, Ny 11201** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **CV-043611-09/KI**<br><br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | - | DATE INCURRED: **7/22/09**<br>NATURE OF LIEN:<br>**Judgment**<br>COLLATERAL:<br>**Judgment Lien**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional**<br><br>VALUE: **$0.00** | | | X | **Unknown** | **Unknown** |
| **Representing:**<br>**Midland Funding** | | | **Civil Court of the City of New York**<br>**141 Livingston St. Room 302**<br>**Brooklyn, NY 11201** | | | | **Notice Only** | **Notice Only** |
| | | | Subtotal (Total of this Page) > | | | | **$45,273.00** | **$45,273.00** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____continuation sheets attached

| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities |
|---|---|

07/03/2012 04:39:57pm

B6D (Official Form 6D) (12/07) - Cont.

In re  **Kevin Powell**                                          Case No. _____

                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing:** **Midland Funding** | | | **Midland Credit Management** **Dept 12421** **P O Box 603** **Oaks, PA 19456** | | | | **Notice Only** | **Notice Only** |
| **Representing:** **Midland Funding** | | | **Midland Credit Management** **8875 Aero Drive, Ste 200** **San Diego, CA 92123** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **0009724618; 0009712779** **Select Portfolio Serviceing Inc** **P O Box 65250** **Salt Lake City, UT 84165-0250** | | - | DATE INCURRED:  **2006** NATURE OF LIEN: **Notice Only** COLLATERAL: **Mortgage Note** REMARKS: **Debtor owns 50% interest in subject property.  The property is encumbered by two notes signed by the non-debtor co-owner. The notes collectively have an unpaid principal** | | | X | $615,799.00 | $240,799.00 |
| | | | **balance of 615,799.70.** **Debtor disputes secured mortgage claims as to the total amount of the debt as of the petition date and as to the alleged arrears and also dispute that the scheduled party is the lawful owner and holder of the original mortgage note.** | | | X | | |
| | | | VALUE:                    **$375,000.00** | | | | | |

Sheet no. ___1___ of 1_____ continuation sheets attached   **Subtotal (Total of this Page) >**    | **$615,799.00** | **$240,799.00**
to Schedule of Creditors Holding Secured Claims                **Total (Use only on last page) >**     | **$661,072.00** | **$286,072.00**

| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities |

B6E (Official Form 6E) (04/10)

In re  **Kevin Powell**                                         Case No. _____

                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached shee

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent,
legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or
household use,

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or
Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated
from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional
person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the
date of

_____**9**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **Kevin Powell**

Case No. _____
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #**Tracking #: 100135279136**<br>**Internal Revenue Service**<br>**11601 Roosevelt Boulevard**<br>**P O Box 21126**<br>**Philadelphia, PA 19114** | | - | DATE INCURRED: **December 1998**<br>CONSIDERATION:<br>**Tax Debt - Non Consumer**<br>REMARKS:<br>**Non-Consumer Debt: Disputed**<br>**as to the amount of late fees,**<br>**over the limit fees, interest** | | | X | **$47,189.39** | **$0.00** | **$47,189.39** |
| | | | **fees, late charges or any other**<br>**additional fees or charges.** | | | | | | |
| **Representing:**<br>**Internal Revenue Service** | | | Internal Revenue Service<br>Central Insolvency Operation<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing:**<br>**Internal Revenue Service** | | | US Attorney's Office - EDNY<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing:**<br>**Internal Revenue Service** | | | US Dept of the Treasury<br>Debt Management Services<br>Post Office Box 830794<br>Birmingham, AL 35283-0794 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #**Tracking #: 100135279136**<br>**Internal Revenue Service**<br>**11601 Roosevelt Boulevard**<br>**P O Box 21126**<br>**Philadelphia, PA 19114** | | - | DATE INCURRED: **December 2000**<br>CONSIDERATION:<br>**Tax Debt - Non Consumer**<br>REMARKS:<br>**Non-Consumer Debt: Disputed**<br>**as to the amount of late fees,**<br>**over the limit fees, interest** | | | X | **$47,172.01** | **$0.00** | **$47,172.01** |

Sheet no. ___1___ of __9_____ continuation sheets **Subtotals (Totals of this page) >**

attached to Schedule of Creditors Holding Priority Claims

**Total >**
(Use only on last page of the completed Schedule E.

**Totals >**
(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

| | | |
|---|---|---|
| **$94,361.40** | **$0.00** | **$94,361.40** |

07/03/2012 04:39:58pm

B6E (Official Form 6E) (04/10) - Cont.

In re  **Kevin Powell**

Case No. _____

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| | | | fees, late charges or any other additional fees or charges. | | | | | | |
| **Representing: Internal Revenue Service** | | | Internal Revenue Service Central Insolvency Operation P O Box 7346 Philadelphia, PA 19101-7346 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing: Internal Revenue Service** | | | US Attorney's Office - EDNY 271 Cadman Plaza East Brooklyn, NY 11201 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing: Internal Revenue Service** | | | US Dept of the Treasury Debt Management Services Post Office Box 830794 Birmingham, AL 35283-0794 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #**Tracking #:100135279136** **Internal Revenue Service** **11601 Roosevelt Boulevard** **P O Box 21126** **Philadelphia, PA 19114** | | - | DATE INCURRED: **December 2001** CONSIDERATION: **Tax Debt - Non Consumer** REMARKS: **Non-Consumer Debt: Disputed** as to the amount of late fees, over the limit fees, interest | | | X | **$52,011.11** | **$0.00** | **$52,011.11** |
| | | | fees, late charges or any other additional fees or charges. | | | | | | |

Sheet no. ___2___ of **9**_____ continuation sheets   **Subtotals (Totals of this page) >** | **$52,011.11** | **$0.00** | **$52,011.11** |
attached to Schedule of Creditors Holding Priority Claims

**Total >**

(Use only on last page of the completed Schedule E.

**Totals >**

(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

B6E (Official Form 6E) (04/10) - Cont.

In re **Kevin Powell**                                      Case No. _____

                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| **Representing: Internal Revenue Service** | | | Internal Revenue Service Central Insolvency Operation P O Box 7346 Philadelphia, PA 19101-7346 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing: Internal Revenue Service** | | | US Attorney's Office - EDNY 271 Cadman Plaza East Brooklyn, NY 11201 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing: Internal Revenue Service** | | | US Dept of the Treasury Debt Management Services Post Office Box 830794 Birmingham, AL 35283-0794 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #**Tracking #:100135279136** **Internal Revenue Service 11601 Roosevelt Boulevard P O Box 21126 Philadelphia, PA 19114** | | - | DATE INCURRED: **December 2002** CONSIDERATION: **Tax Debt - Non Consumer** REMARKS: **Non-Consumer Debt: Disputed as to the amount of late fees, over the limit fees, interest** | | | X | **$32,385.98** | **$0.00** | **$32,385.98** |
| | | | fees, late charges or any other additional fees or charges. | | | | | | |
| **Representing: Internal Revenue Service** | | | Internal Revenue Service Central Insolvency Operation P O Box 7346 Philadelphia, PA 19101-7346 | | | | **Notice Only** | **Notice Only** | **Notice Only** |

Sheet no. ___3___ of __9__ continuation sheets **Subtotals (Totals of this page) >**   | **$32,385.98** | **$0.00** | **$32,385.98** |

attached to Schedule of Creditors Holding Priority Claims                **Total >**

(Use only on last page of the completed Schedule E.

                                                                                    **Totals >**

(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

B6E (Official Form 6E) (04/10) - Cont.

In re **Kevin Powell**

Case No. _____

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| **Representing:** **Internal Revenue Service** | | | US Attorney's Office - EDNY 271 Cadman Plaza East Brooklyn, NY 11201 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing:** **Internal Revenue Service** | | | US Dept of the Treasury Debt Management Services Post Office Box 830794 Birmingham, AL 35283-0794 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #**Tracking #:100135279136** **Internal Revenue Service** **11601 Roosevelt Boulevard** **P O Box 21126** **Philadelphia, PA 19114** | | - | DATE INCURRED: **December 2003** CONSIDERATION: **Tax Debt - Non Consumer** REMARKS: **Non-Consumer Debt: Disputed as to the amount of late fees, over the limit fees, interest** fees, late charges or any other additional fees or charges. | | | X | **$73,985.99** | **$0.00** | **$73,985.99** |
| **Representing:** **Internal Revenue Service** | | | Internal Revenue Service Central Insolvency Operation P O Box 7346 Philadelphia, PA 19101-7346 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing:** **Internal Revenue Service** | | | US Attorney's Office - EDNY 271 Cadman Plaza East Brooklyn, NY 11201 | | | | **Notice Only** | **Notice Only** | **Notice Only** |

Sheet no. ___4___ of __9_____ continuation sheets **Subtotals (Totals of this page) >** | **$73,985.99** | **$0.00** | **$73,985.99**

attached to Schedule of Creditors Holding Priority Claims          **Total >**

(Use only on last page of the completed Schedule E.

**Totals >**

(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

07/03/2012 04:39:58pm

B6E (Official Form 6E) (04/10) - Cont.

In re **Kevin Powell**                                    Case No. _____
                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| **Representing: Internal Revenue Service** | | | **US Dept of the Treasury** **Debt Management Services** **Post Office Box 830794** **Birmingham, AL 35283-0794** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #**Tracking #:00135279136** **Internal Revenue Service** **11601 Roosevelt Boulevard** **P O Box 21126** **Philadelphia, PA 19114** | | - | DATE INCURRED: **December 2004** CONSIDERATION: **Tax Debt - Non Consumer** REMARKS: **Non-Consumer Debt: Disputed as to the amount of late fees, over the limit fees, interest** | | | X | **$76,480.48** | **$0.00** | **$76,480.48** |
| | | | **fees, late charges or any other additional fees or charges.** | | | | | | |
| **Representing: Internal Revenue Service** | | | **Internal Revenue Service** **Central Insolvency Operation** **P O Box 7346** **Philadelphia, PA 19101-7346** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing: Internal Revenue Service** | | | **US Attorney's Office - EDNY** **271 Cadman Plaza East** **Brooklyn, NY 11201** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing: Internal Revenue Service** | | | **US Dept of the Treasury** **Debt Management Services** **Post Office Box 830794** **Birmingham, AL 35283-0794** | | | | **Notice Only** | **Notice Only** | **Notice Only** |

Sheet no. __5__ of __9__ continuation sheets **Subtotals (Totals of this page) >** | **$76,480.48** | **$0.00** | **$76,480.48**
attached to Schedule of Creditors Holding Priority Claims

**Total >**
(Use only on last page of the completed Schedule E.

**Totals >**
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical

07/03/2012 04:39:58pm

B6E (Official Form 6E) (04/10) - Cont.

In re **Kevin Powell**

Case No. _____
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #**Tracking #: 100135279136** **Internal Revenue Service** **11601 Roosevelt Boulevard** **P O Box 21126** **Philadelphia, PA 19114** | | - | DATE INCURRED: **December 2005** CONSIDERATION: **Tax Debt - Non Consumer** REMARKS: **Non-Consumer Debt: Disputed as to the amount of late fees, over the limit fees, interest** | | | X | **$56,744.00** | **$56,744.00** | **$0.00** |
| | | | **fees, late charges or any other additional fees or charges.** | | | | | | |
| **Representing:** **Internal Revenue Service** | | | **Internal Revenue Service** **Central Insolvency Operation** **P O Box 7346** **Philadelphia, PA 19101-7346** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing:** **Internal Revenue Service** | | | **US Attorney's Office - EDNY** **271 Cadman Plaza East** **Brooklyn, NY 11201** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing:** **Internal Revenue Service** | | | **US Dept of the Treasury** **Debt Management Services** **Post Office Box 830794** **Birmingham, AL 35283-0794** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #**Tracking #:100135279136** **Internal Revenue Service** **11601 Roosevelt Boulevard** **P O Box 21126** **Philadelphia, PA 19114** | | - | DATE INCURRED: **December 2006** CONSIDERATION: **Tax Debt - Non Consumer** REMARKS: **Non-Consumer Debt: Disputed as to the amount of late fees, over the limit fees, interest** | | | X | **$56,717.77** | **$0.00** | **$56,717.77** |

Sheet no. ___6___ of 9 _____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >

Total >
(Use only on last page of the completed Schedule E.

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical

| | | |
|---|---|---|
| **$113,461.77** | **$56,744.00** | **$56,717.77** |

07/03/2012 04:39:58pm

B6E (Official Form 6E) (04/10) - Cont.

In re **Kevin Powell**

Case No. _____

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| | | | fees, late charges or any other additional fees or charges. | | | | | | |
| **Representing: Internal Revenue Service** | | | Internal Revenue Service Central Insolvency Operation P O Box 7346 Philadelphia, PA 19101-7346 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing: Internal Revenue Service** | | | US Attorney's Office - EDNY 271 Cadman Plaza East Brooklyn, NY 11201 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing: Internal Revenue Service** | | | US Dept of the Treasury Debt Management Services Post Office Box 830794 Birmingham, AL 35283-0794 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #**Tracking #:100135279136** **Internal Revenue Service** 11601 Roosevelt Boulevard P O Box 21126 Philadelphia, PA 19114 | | - | DATE INCURRED: **December 2007** CONSIDERATION: **Tax Debt - Non Consumer** REMARKS: **Non-Consumer Debt: Disputed** as to the amount of late fees, over the limit fees, interest | | | X | **$54,735.79** | **$0.00** | **$54,735.79** |
| | | | fees, late charges or any other additional fees or charges. | | | | | | |

Sheet no. ___7___ of __9_____ continuation sheets **Subtotals (Totals of this page) >** | | | | | | | **$54,735.79** | **$0.00** | **$54,735.79**
attached to Schedule of Creditors Holding Priority Claims

**Total >**
(Use only on last page of the completed Schedule E.

**Totals >**
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical

07/03/2012 04:39:58pm

B6E (Official Form 6E) (04/10) - Cont.

In re **Kevin Powell**                                      Case No. _____

                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| **Representing: Internal Revenue Service** | | | Internal Revenue Service Central Insolvency Operation P O Box 7346 Philadelphia, PA 19101-7346 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing: Internal Revenue Service** | | | US Attorney's Office - EDNY 271 Cadman Plaza East Brooklyn, NY 11201 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing: Internal Revenue Service** | | | US Dept of the Treasury Debt Management Services Post Office Box 830794 Birmingham, AL 35283-0794 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #**Tracking #: 100135279136 -** **Internal Revenue Service 11601 Roosevelt Boulevard P O Box 21126 Philadelphia, PA 19114** | | - | DATE INCURRED: **December 1998** **Tax Debt - Non Consumer** REMARKS: **Non-Consumer Debt: Disputed as to the amount of late fees, over the limit fees, interest** | | | X | **$19,638.24** | **$0.00** | **$19,638.24** |
| | | | fees, late charges or any other additional fees or charges. | | | | | | |
| **Representing: Internal Revenue Service** | | | Internal Revenue Service Central Insolvency Operation P O Box 7346 Philadelphia, PA 19101-7346 | | | | **Notice Only** | **Notice Only** | **Notice Only** |

Sheet no. __8__ of __9__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >   **$19,638.24**   **$0.00**   **$19,638.24**

Total > (Use only on last page of the completed Schedule E.

Totals > (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical

07/03/2012 04:39:58pm

B6E (Official Form 6E) (04/10) - Cont.

In re  **Kevin Powell**

Case No. _____

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| **Representing: Internal Revenue Service** | | | US Attorney's Office - EDNY 271 Cadman Plaza East Brooklyn, NY 11201 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing: Internal Revenue Service** | | | US Dept of the Treasury Debt Management Services Post Office Box 830794 Birmingham, AL 35283-0794 | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___9___ of 9 _____ continuation sheets  Subtotals (Totals of this page) >

attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
| Total > | **$517,060.76** | | |
| (Use only on last page of the completed Schedule E. | | | |
| Totals > | | **$56,744.00** | **$460,316.76** |

(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07)

In re   **Kevin Powell**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Aaron Golembiewski**<br>**25 Washington St. Apt 8F**<br>**Brooklyn, NY 11201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Services**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$1,000.00** |
| ACCT #:  **P50508924; 6018595207117058**<br>**Alled Interstate Inc**<br>**PO Box 361317**<br>**Columbus, OH 43236** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - The Gap**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$455.00** |
| **Representing:**<br>**Alled Interstate Inc** | | | **Alled Interstate Inc**<br>**PO Box 361317**<br>**Columbus, OH 43236** | | | | **Notice Only** |
| **Representing:**<br>**Alled Interstate Inc** | | | **Allied Interstate**<br>**3000 Corporate Exchange Dr 5th Flr**<br>**Columbus, OH 43231** | | | | **Notice Only** |
| ACCT #:  **4628858; 478536467**<br>**Allied Interstate**<br>**3000 Corporate Exchange Dr 5th Flr**<br>**Columbus, OH 43231** | | - | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Collecting for - HSBC Bank Nevada N.A.**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$104.00** |
| **Representing:**<br>**Allied Interstate** | | | **Alled Interstate Inc**<br>**PO Box 361317**<br>**Columbus, OH 43236** | | | | **Notice Only** |

Subtotal >    **$1,559.00**

Total >
(Use only on last page of the completed Schedule F.)

_____**18**_____continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**                                          Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **1048771157455**<br>**Allied National/collec**<br>**440 Regency Parkway Dr S**<br>**Omaha, NE 68114** | | - | DATE INCURRED:  **04/2009**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | $430.00 |
| ACCT #:  **3499911997074073**<br>**American Express**<br>**American Express Special Research**<br>**PO Box 981540**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  **04/30/1998**<br>CONSIDERATION:<br>**Credit Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | $0.00 |
| ACCT #:  **404809**<br>**American Express**<br>**American Express Special Research**<br>**PO Box 981540**<br>**El Paso, TX 79998** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | $8,333.00 |
| ACCT #:<br>**Antonio Johnson**<br>**1020 Grand Concourse Apt 21L**<br>**Bronx, NY 10451** | | - | DATE INCURRED:  **2009 - 2011**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | $10,000.00 |
| ACCT #:  **377234708551007; 39286898**<br>**Asset Acceptance Llc**<br>**Attention: Bankruptcy**<br>**PO Box 2036**<br>**Warren, MI 48090** | | - | DATE INCURRED:  **04/2009**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | $12,357.00 |
| **Representing:**<br>**Asset Acceptance Llc** | | | **NCC**<br>**245 Main St.**<br>**Dickson City, PA 18519** | | | | **Notice Only** |

Sheet no. __1__ of 18_____ continuation sheets attached to                          Subtotal >     $31,120.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                Total >
                                                (Use only on last page of the completed Schedule F.)
                                          (Report also on Summary of Schedules and, if applicable, on the
                                          Statistical Summary of Certain Liabilities and Related Data.)

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**                                    Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Atlanta Technical College**<br>**1560 Metropoloitan Parkway, SW**<br>**Atlanta, GA 30310-4446** | | - | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Credit Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$3,000.00** |
| ACCT #:<br>**Barry Shepard**<br>**375 Stuyvesant Ave**<br>**Brooklyn, NY 11233** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$1,200.00** |
| ACCT #:<br>**Basil Smikle**<br>**2006 Congressional Campaign**<br>**2753 Broadway Ste 240**<br>**New York, NY 10025** | | - | DATE INCURRED: **2006**<br>CONSIDERATION:<br>**Personal Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$5,000.00** |
| ACCT #:<br>**Boris Slugskiy**<br>**226 Ave T**<br>**Brooklyn, NY 11223** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$700.00** |
| ACCT #:  **540168303595**<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: **12/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **($1.00)** |
| ACCT #:  **xxxxxxxx1822**<br>**Chase Bank**<br>**OH1-1188**<br>**340 S. Cleveland Ave. Bldg 370**<br>**Westerville, OH 43081** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Collection Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$151.60** |

Sheet no. __**2**__ of __18_____ continuation sheets attached to                                    **Subtotal >**    **$10,050.60**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kevin Powell**                                      Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Chase Bank** | | | Chase N.A. Attn Bankruptcy Dept P.O. Box 15145 Wilmington, DE 19850 | | | | **Notice Only** |
| ACCT #:  **Check # 104 issued from Terry T. Do** **Checks & More** **230 Flatbush Ave.** **Brooklyn, NY 11217** | | - | DATE INCURRED: CONSIDERATION: **Fees** REMARKS: **Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$1,408.00** |
| ACCT #: **Dan Campanelli** **2010 Congressional Campaign** **286 Clinton Ave. Apt 4B** **Brooklyn, NY 11205** | | - | DATE INCURRED: CONSIDERATION: **Personal Services** REMARKS: **Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$10,000.00** |
| ACCT #: **Debbie McGhie** **Pole 50** **Jones Trace Quarry Rd.** **San Juan, Trinidad** | | - | DATE INCURRED: CONSIDERATION: **Personal Services** REMARKS: **Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$500.00** |
| ACCT #: **Diego Zapata** **210 Stanton St. Apt 627** **New York, NY 10002** | | - | DATE INCURRED: CONSIDERATION: **Personal Services** REMARKS: **Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$3,000.00** |
| ACCT #:  **6011003150615225** **Discover Fin** **Attention:  Bankruptcy Department** **PO Box 3025** **New Albany, OH 43054** | | - | DATE INCURRED:  **05/2000** CONSIDERATION: **Credit Card** REMARKS: **Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$4,358.00** |

Sheet no. __3__ of 18_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $19,266.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**                                                     Case No. _____

                                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **90206389521;**<br>**Diversified Collection Services**<br>**PO Box 9046**<br>**Pleasanton, CA 94566-9046** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Federal Management Services**<br>REMARKS:<br>**Treasury Account No: 2011257215A**<br>**Disputed as to the amount of late fees, over**<br>**limit fees, interest fees, late charges or any**<br><br>**other additional fees or charges.** | | | X | **Notice Only** |
| ACCT #:  **0009015837**<br>**eGix, Inc. Liquidating Trust**<br>**P O Box 1242**<br>**Carmel, IN 46802-1242** | | - | DATE INCURRED:  **2003**<br>CONSIDERATION:<br>**Collection Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over**<br>**limit fees, interest fees, late charges or any**<br>**other additional fees or charges.** | | | X | **$183.36** |
| ACCT #:<br>**Erica Perkins**<br>**3065 Louise Dr. N**<br>**Mobile, AL 36606**<br>**2008 Congressional Campaign** | | - | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Personal Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over**<br>**limit fees, interest fees, late charges or any**<br>**other additional fees or charges. Non-**<br><br>**consumer debt.** | | | X | **$10,000.00** |
| ACCT #:<br>**Farrar Straus Giroux**<br>**18 West 18th St.**<br>**New York, NY 10011** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over**<br>**limit fees, interest fees, late charges or any**<br>**other additional fees or charges. Non-** | | | X | **$50,000.00** |

Sheet no. __**4**__ of __18_____ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**     **$60,183.36**

**Total >**

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the

Statistical Summary of Certain Liabilities and Related Data.)

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**                                    Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | consumer debt. | | | | |
| ACCT #:  **C00477703 AF#2229**<br>**Federal Election Commission**<br>**999 E. St. NW**<br>**Washington, DC 20463** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Fees**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. Non-** | | | X | **$4,950.00** |
| | | | **consumer debt charged against Kevin Powell for Congress 2010.** | | | | |
| **Representing:**<br>**Federal Election Commission** | | | **US Dept of the Treasury**<br>**Debt Management Services**<br>**Post Office Box 830794**<br>**Birmingham, AL 35283-0794** | | | | **Notice Only** |
| ACCT #:   **2011437982A; AF2436**<br>**Federal Election Commission**<br>**999 E. St. NW**<br>**Washington, DC 20463** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Fees**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. Non-** | | | X | **$6,336.00** |
| | | | **consumer debt charged against Kevin Powell for Congress 2010.** | | | | |

Sheet no. __5__ of __18__ ____ continuation sheets attached to                                 **Subtotal >**                   | **$11,286.00** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                               **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**                                         Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**FMS DMS Diversified**<br>**PO Box 979103**<br>**Saint Louis, MO 63197-9000** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **Notice Only** |
| ACCT #:  **4801486**<br>**Focus Receivables Management**<br>**8306 Laurel Fair Circle, Ste 200**<br>**Tampa, FL 33610** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - DirecTV**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$850.00** |
| ACCT #:  **6018595207117058**<br>**Gecrb/gap**<br>**Po Box 965005**<br>**Orlando, FL 32896** | | - | DATE INCURRED:  **10/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **($1.00)** |
| ACCT #:<br>**Gene Johnson**<br>**2010 Congressional Campaign**<br>**1655 Flatbush Ave. Apt C501**<br>**Brooklyn, NY 11210** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. Non**<br><br>**dischargeable non consumer debt.** | | | X | **$5,000.00** |
| ACCT #:<br>**Great Green Cleaning**<br>**125 8th St.**<br>**Brooklyn, NY 11215** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$500.00** |

Sheet no. __6__ of 18_____ continuation sheets attached to                    Subtotal >          **$6,349.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    Total >
                                         **(Use only on last page of the completed Schedule F.)**
                                         **(Report also on Summary of Schedules and, if applicable, on the**
                                         **Statistical Summary of Certain Liabilities and Related Data.)**

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**                                         Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Gus Heningberg**<br>**27 Burnett Ave**<br>**Maplewood, NJ 07040** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Services**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. Non<br><br>**consumer debt.** | | | X | **$5,000.00** |
| ACCT #:<br>**Hertz Rent A Car**<br>**225 Brae Blvd**<br>**Parkridge, NJ 07656** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Services**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$1,500.00** |
| ACCT #:<br>**Houghton Mifflin**<br>**HM Receivables Co.II LLC**<br>**Collections Department**<br>**9205 Southpark Center Loop Dr.**<br>**Orlando, FL 32819** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Services**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$40,000.00** |
| ACCT #:<br>**James Walker, Esq.**<br>**Walker & Associates LLP**<br>**324 Elm St. Ste 204A**<br>**Monroe, CT 06468** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Tony Johnson**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **Notice Only** |
| ACCT #:<br>**Jennifer James 2006 Congressional Campai**<br>**c/o Office of th City Comptroller**<br>**Municipal Building**<br>**One Centre St.**<br>**New York, NY 10007** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Services**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$5,000.00** |

Sheet no. __7__ of __18__ continuation sheets attached to                    **Subtotal >**          **$51,500.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                       **Total >**
                                                      **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**                          Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **00182403; Hertz - 05200605146**<br>**JNR Adjustment Company Inc**<br>**1375 S. Semoran Blvd Ste 1347**<br>**Winter Park, FL 32792** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Hertz**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | $727.00 |
| ACCT #:<br>**John Agnelli**<br>**808 Neill Ave**<br>**Bronx, NY 10465** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | $20,000.00 |
| ACCT #:<br>**Kelly Owens**<br>**1300 Dewey Street**<br>**Houma, LA 70360** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Services**<br>REMARKS:<br>**Non-Consumer Debt: Disputed as to the amount of late fees, over the limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | $4,500.00 |
| ACCT #:<br>**Kevin Hanneman**<br>**2010 Congressional Campaign**<br>**c/o McGivney & Kluger**<br>**23 Vreeland Road Ste 200**<br>**Florham Park, NJ 07932** | | - | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Personal Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | $5,000.00 |
| ACCT #:  **4564190014357155; C370777**<br>**Law Offices of Cohen & Slamowitz LLP**<br>**P O Box 9001**<br>**Woodbury, NY 11797-9001** | | - | DATE INCURRED:  **Unknown**<br>CONSIDERATION:<br>**Collecting for - Aspire Visa Card**<br>REMARKS:<br>**Index No: 43611/09**<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any** | | | X | $966.00 |

Sheet no. __8__ of 18_____ continuation sheets attached to            **Subtotal >**            $31,193.00

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                      **Total >**
                              **(Use only on last page of the completed Schedule F.)**
                          **(Report also on Summary of Schedules and, if applicable, on the**
                          **Statistical Summary of Certain Liabilities and Related Data.)**

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | other additional fees or charges. | | | | |
| **Representing:** **Law Offices of Cohen & Slamowitz LLP** | | | **Civil Court of the City of New York** **141 Livingston St. Room 302** **Brooklyn, NY 11201** | | | | **Notice Only** |
| **Representing:** **Law Offices of Cohen & Slamowitz LLP** | | | **Law Offices of Cohen & Slamowitz LLP** **199 Crossways Park Drive** **Woodbury, NY 11797-2016** | | | | **Notice Only** |
| **Representing:** **Law Offices of Cohen & Slamowitz LLP** | | | **Law Offices of Cohen & Slamowitz LLP** **P O Box 9012** **Woodbury, NY 11797-9012** | | | | **Notice Only** |
| ACCT #:  **05910703915** **LDC Collection Systems** **P O Box 223676** **Dallas, TX 75222-3676** | | - | DATE INCURRED:  **10/29/04** CONSIDERATION: **Collecting for - City of Dallas Parking Services** REMARKS: **Disputed as to the amount of late fees, over** **limit fees, interest fees, late charges or any** **other additional fees or charges.** | | | X | **$55.00** |
| **Representing:** **LDC Collection Systems** | | | **City of Dallas** **P O Box 650302** **Dallas, TX 75265-3033** | | | | **Notice Only** |

Sheet no. ___**9**___ of**18**_____ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$55.00**

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the

Statistical Summary of Certain Liabilities and Related Data.)

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**                                            Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **6018595207117058**<br>**Lvnv Funding Llc**<br>**Po Box 740281**<br>**Houston, TX 77274** | | - | DATE INCURRED:  **11/2007**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$458.00** |
| **Representing:**<br>**Lvnv Funding Llc** | | | **Alled Interstate Inc**<br>**PO Box 361317**<br>**Columbus, OH 43236** | | | | **Notice Only** |
| **Representing:**<br>**Lvnv Funding Llc** | | | **Allied Interstate**<br>**3000 Corporate Exchange Dr 5th Flr**<br>**Columbus, OH 43231** | | | | **Notice Only** |
| ACCT #:<br>**Michael Cohen**<br>**210 Lakeview Ave East**<br>**Brightwaters, NY 11718** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Services**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$500.00** |
| ACCT #:  **4564-1900-1435-7155**<br>**Midland Credit Management**<br>**PO Box 60578**<br>**Los Angeles, CA 90060-0578** | | - | DATE INCURRED:  **Unknown**<br>CONSIDERATION:<br>**Collecting for - Aspire Visa**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$593.00** |
| | | | **MCM Account No: 8526485897** | | | | |

Sheet no. __**10**__ of **18**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$1,551.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kevin Powell**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Midland Credit Management** | | | Midland Credit Management Dept 12421 P O Box 603 Oaks, PA 19456 | | | | **Notice Only** |
| **Representing:** **Midland Credit Management** | | | Midland Credit Management 8875 Aero Drive, Ste 200 San Diego, CA 92123 | | | | **Notice Only** |
| ACCT #:  **8526485897** **Midland Funding** **8875 Aero Dr Ste 200** **San Diego, CA 92123** | | - | DATE INCURRED:  **01/2008** CONSIDERATION: **Factoring Company Account** REMARKS: **Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$611.00** |
| ACCT #:  **MJRF: 404809** **Mullooly, Jeffrey, Rooney & Flynn** **6851 Jericho TPKE Ste 220** **Syosset, NY 11791-9036** | | - | DATE INCURRED: CONSIDERATION: **Collecting for - American Express** REMARKS: **Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **Notice Only** |
| ACCT #:  **22212027; 4801486** **Nco Fin/09** **Attention: Bankruptcy** **507 Prudential Rd** **Horsham, PA 19044** | | - | DATE INCURRED:  **06/2010** CONSIDERATION: **Collection Attorney** REMARKS: **Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$850.00** |
| **Representing:** **Nco Fin/09** | | | NCO/Fin PO Box 15630 Dept 99 Wilmington, DE 19850 | | | | **Notice Only** |

Sheet no. ___11___ of _18_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  | **$1,461.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kevin Powell**                                          Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **35103A**<br>**NCO/Fin**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - MedClr, Inc**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$426.00** |
| **Representing:**<br>**NCO/Fin** | | | NCO/Fin<br>PO Box 15630 Dept 99<br>Wilmington, DE 19850 | | | | **Notice Only** |
| ACCT #:<br>**Neal Erman**<br>**372 West Mount Pleasant**<br>**Livingston, NJ 07039** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Management Services**<br>REMARKS:<br>**Non-Consumer Debt: Disputed as to the amount of late fees, over the limit fees, interest fees, late charges or any other**<br><br>additional fees or charges. | | | X | **$3,000.00** |
| ACCT #:<br>**NY LA Sports Club**<br>**330 East 61st St.**<br>**New York, NY 10065** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$1,000.00** |
| ACCT #:  **175665011021501**<br>**NYC Finance**<br>**59 Maiden Lane**<br>**New York, NY 10036-4502** | | - | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$8,362.90** |

Sheet no. __**12**__ of__18_____ continuation sheets attached to                    Subtotal >                | **$12,788.90**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **7929596398OD; 92120918-12**<br>**Plaza Associates**<br>**JAF Station,**<br>**PO Box 2769**<br>**New York, NY 10116-2769** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - TD Bank**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$841.00** |
| **Representing:**<br>**Plaza Associates** | | | Associated Credit Services<br>105B South St.<br>P O Box 9100<br>Hopkinton, MA 01748-9100 | | | | **Notice Only** |
| **Representing:**<br>**Plaza Associates** | | | MRS Associates<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 | | | | **Notice Only** |
| ACCT #:  **037011787**<br>**Portfolio Recovery Associates LLC**<br>**120 Corporate Blvd.**<br>**Norfolk, VA 23502** | | - | DATE INCURRED:  **Unknown**<br>CONSIDERATION:<br>**Collecting for - Arrow Financial Services - Citi**<br>REMARKS:<br>**Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **$1,384.00** |
| ACCT #:<br>**Ramon Plasencia**<br>**86-02 Park Lane South Apt 1a1**<br>**Woodhaven, NY 11421** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Services**<br>REMARKS:<br>**Non-Consumer Debt: Disputed as to the amount of late fees, over the limit fees, interest fees, late charges or any other** | | | X | **$3,000.00** |
| | | | additional fees or charges. | | | | |

Sheet no. __**13**__ of **18** _____ continuation sheets attached to                    Subtotal >           | **$5,225.00** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Randy Crumpton** <br> **70 West Madison St. Ste 1400** <br> **Chicago, IL 60602** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Services** <br> REMARKS: <br> **Non-Consumer Debt: Disputed as to the amount of late fees, over the limit fees, interest fees, late charges or any other** <br> <br> **additional fees or charges.** | | | X | $300.00 |
| ACCT #: <br> **Rob Kenner** <br> **110 Williams St.** <br> **Norwalk, CT 06851** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collection Services** <br> REMARKS: <br> **Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | $5,000.00 |
| ACCT #:  676305295 <br> **Shell Oil / Citibank** <br> **Attn.: Centralized  Bankruptcy** <br> **PO Box 20507** <br> **Kansas City, MO 64195** | | - | DATE INCURRED: **07/30/2006** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: <br> **Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | $0.00 |
| ACCT #: <br> **Shirley M. Powell** <br> **56 Linden Ave Apt 303** <br> **Jersey City, NJ 07305** | X | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | **Notice Only** |
| ACCT #: <br> **Sony Music** <br> **550 Madison Ave** <br> **New York, NY 10022** <br> **Attn: Legal** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collection Services** <br> REMARKS: <br> **Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** | | | X | $3,000.00 |

Sheet no. __14__ of 18 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $8,300.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**                                          Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Stephan Worrell** <br> **2106 Union St** <br> **Brooklyn, NY 11212** | | - | DATE INCURRED: <br> CONSIDERATION: **Mechanic Services** <br> REMARKS: <br> **Non-Consumer Debt: Disputed as to the amount of late fees, over the limit fees, interest fees, late charges or any other** <br><br> **additional fees or charges.** | | | X | **$2,000.00** |
| ACCT #:  **1189137-572299** <br> **SUNY Downstate Medical Center** <br> **PO Box 3194** <br> **New York, NY 10008** | | - | DATE INCURRED:  **5/2012** <br> CONSIDERATION: **Medical Debt** <br> REMARKS: <br> **Disputed as to the amount of late fees, over limit fees, late charges or any other additional fees or charges.** <br><br> Ref #: **1206079158OED** | | | X | **$2,168.48** |
| ACCT #:  **1189137-572299** <br> **SUNY Downstate Medical Center** <br> **at LICH** <br> **PO Box 5308** <br> **New York, NY 10087-5308** | | - | DATE INCURRED:  **5/2012** <br> CONSIDERATION: **Medical Debt** <br> REMARKS: <br> **Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges.** <br><br> Ref #: **1206079158OED** | | | X | **Notice Only** |

Sheet no. __15__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                    | **$4,168.48** |

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**

Case No. _____
                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **3984947**<br>**SUNY Downstate Medical Center**<br>**PO Box 3194**<br>**New York, NY 10008** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical Debt**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$1,006.00** |
| **Representing:**<br>**SUNY Downstate Medical Center** | | | **SUNY Downstate Medical Center**<br>**at LICH**<br>**PO Box 5308**<br>**New York, NY 10087-5308** | | | | **Notice Only** |
| ACCT #:  **6018595207117058**<br>**The GAP**<br>**Customer Relations**<br>**100 Gap Online Drive**<br>**Grove City, OH 43123** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$0.00** |
| ACCT #:  **877169904**<br>**The New York Times**<br>**P O Box 70**<br>**Northvale, NJ 07647-9908** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Services**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$82.00** |
| **Representing:**<br>**The New York Times** | | | **The New York Times**<br>**PO box 371456**<br>**Pittsburgh, PA 15205-7456** | | | | **Notice Only** |
| ACCT #:<br>**The New York Times**<br>**P O Box 70**<br>**Northvale, NJ 07647-9908** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **Notice Only** |

Sheet no.   **16**   of **18**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,088.00**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kevin Powell**                                           Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Theo Moore**<br>**663 East 38th St.**<br>**Brooklyn, NY 11203** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Services**<br>REMARKS:<br>**Non-Consumer Debt: Disputed as to the**<br>**amount of late fees, over the limit fees,**<br>**interest fees, late charges or any other**<br><br>additional fees or charges. | | | X | **$1,000.00** |
| ACCT #:<br>**Tribeca Cinemas**<br>**54 Varick st.**<br>**New York, NY 10013**<br>**Attn: Sandra O'Hearen, CFO** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over**<br>**limit fees, interest fees, late charges or any**<br>**other additional fees or charges.** | | | X | **$20,000.00** |
| ACCT #:  **290029 Control #: 3046682**<br>**Vengroff Williams & Associates**<br>**P O Box 4155**<br>**Sarasota, FL  34230-4155** | | - | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Collection Services**<br>REMARKS:<br>**Disputed as to the amount of late fees, over**<br>**limit fees, interest fees, late charges or any**<br>**other additional fees or charges.** | | | X | **$38.00** |
| ACCT #:<br>**Walter Parrish**<br>**1502 Forest Haven Blvd.**<br>**Edison, NJ 08817** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Services**<br>REMARKS:<br>**Non-Consumer Debt: Disputed as to the**<br>**amount of late fees, over the limit fees,**<br>**interest fees, late charges or any other**<br><br>additional fees or charges. | | | X | **$9,000.00** |

Sheet no. __17__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $30,038.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

07/03/2012 04:40:01pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Powell**                                   Case No. _____
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **2948151** <br> **Williams & Fudge Inc** <br> **PO Box 266** <br> **Rock Hill, SC 29731** | - | | DATE INCURRED:  **06/2010** <br> CONSIDERATION: <br> **Collection Attorney** <br> REMARKS: <br> Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$3,030.00** |
| ACCT #:  **176 Johnson St. unit 8B Brooklyn, N** <br> **Wolf Haldenstein Adler Freeman Herz** <br> **270 Madison Ave.** <br> **New York, NY 10016** <br> **Attn: Maria I Beltrani** | - | | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney for - Board of Managers Toy Factory** <br> REMARKS: <br> Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$10,000.00** |
| **Representing:** <br> **Wolf Haldenstein Adler Freeman Herz** | | | **Civil Court of the City of New York** <br> **141 Livingston St. Room 302** <br> **Brooklyn, NY 11201** | | | | **Notice Only** |
| ACCT #:  **3772-347085-51007** <br> **Zwicker & Associates PC** <br> **80 Minuteman Rd** <br> **Andover, MA 01810-1031** | - | | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney for - AMEX** <br> REMARKS: <br> Disputed as to the amount of late fees, over limit fees, interest fees, late charges or any other additional fees or charges. | | | X | **$5,986.51** |
| | | | | | | | |
| | | | | | | | |

Sheet no. __**18**__  of**18**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$19,016.51** |
|---|---|---|
|  | Total > | **$306,198.85** |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re   **Kevin Powell**

Case No. _____

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Sprint Wireless**<br>P O Box 8077<br>London, KY 40742 | Phone Service<br><br>Contract to be ASSUMED |
| **Time Warner Cable**<br>41-61 Kissena Blvd<br>Flushing, NY 11355-3189 | Cable/Internet contract<br><br>Contract to be ASSUMED |
| **Verizon Wirelss**<br>PO Box 3037<br>Bloomington, IL 61702 | Cell phone contract<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re   **Kevin Powell**                                            Case No. _____

                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts
listed by the debtor
in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or
territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)
within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse
who resides or

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Shirley M. Powell**<br>56 Linden Ave Apt 303<br>Jersey City, NJ 07305 | **Shirley M. Powell**<br>56 Linden Ave Apt 303<br>Jersey City, NJ 07305 |

07/03/2012 04:40:02pm

B6I (Official Form 6I) (12/07)

In re  **Kevin Powell**

Case No. _____
                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed,

unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Self Employed/Sole Proprietor | |
| Name of Employer | Kevin Powell Productions | |
| How Long Employed | 16 years | |
| Address of Employer | 176 Johnson St. Apt 8B | |
| | Brooklyn, NY 11201 | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3,602.00 | |
| 2.  Estimate monthly overtime | $0.00 | |
| 3.  SUBTOTAL | **$3,602.00** | |
| 4.  LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $1,440.00 | |
| b. Social Security Tax | $0.00 | |
| c. Medicare | $0.00 | |
| d. Insurance | $0.00 | |
| e. Union dues | $0.00 | |
| f. Retirement | $0.00 | |
| g. Other (Specify) Business Expenses | $4,394.00 | |
| h. Other (Specify) | $0.00 | |
| i. Other (Specify) | $0.00 | |
| j. Other (Specify) | $0.00 | |
| k. Other (Specify) | $0.00 | |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$5,834.00** | |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **($2,232.00)** | |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8.  Income from real property | $0.00 | |
| 9.  Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. Social security or government assistance (Specify): | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify): | | |
| a. | $0.00 | |
| b. | $0.00 | |
| c. | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **($2,232.00)** | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **($2,232.00)** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Debtor's primary source of income is based on speeches & written materials. Debtor typically receives more than half of annual income in first quarter of each year. Debtor is actively seeking additional self-employment opportunities.**

07/03/2012 04:40:03pm

B6J (Official Form 6J) (12/07)
IN RE:   **Kevin Powell**

Case No. _____
                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case
filed.  Prorate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of
   expenditures

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $2,800.00 |
|    a. Are real estate taxes included?   ☑Yes   ☐No | |
|    b. Is property insurance included?   ☑Yes   ☐No | |
| 2. Utilities:  a. Electricity and heating fuel | $200.00 |
|           b. Water and sewer | $25.00 |
|           c. Telephone | $200.00 |
|           d. Other:  Cable/Internet | $200.00 |
| 3. Home maintenance (repairs and upkeep) | $150.00 |
| 4. Food | $400.00 |
| 5. Clothing | $50.00 |
| 6. Laundry and dry cleaning | $100.00 |
| 7. Medical and dental expenses | |
| 8. Transportation (not including car payments) | $120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| 10. Charitable contributions | $100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | |
|         b. Life | |
|         c. Health | |
|         d. Auto | |
|         e. Other:  Condo Common Charges | $190.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: | |
|         b. Other:  Local/long distance phone - home | $250.00 |
|         c. Other: | |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, | **$4,885.00** |
|    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | ($2,232.00) |
| b. Average monthly expenses from Line 18 above | $4,885.00 |
| c. Monthly net income (a. minus b.) | ($7,117.00) |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
## BROOKLYN DIVISION

In re  **Kevin Powell**

Case No.

Chapter  **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $375,000.00 | | |
| B - Personal Property | Yes | 6 | $14,855.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $661,072.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 10 | | $517,060.76 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | $306,198.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | ($2,232.00) |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $4,885.00 |
| TOTAL | | 45 | $389,855.00 | $1,484,331.61 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION**

In re   **Kevin Powell**                                         Case No.

                                                           Chapter        **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.
§ 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any
information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

07/03/2012 04:40:03pm

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Kevin Powell**

Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**47**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature  **/s/ Kevin Powell**_____
**Kevin Powell**

Date _____     Signature  _____

[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

In re:    Kevin Powell                                Case No. _____

                                                           (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None ☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,

including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this

case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that

maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.

| AMOUNT | SOURCE |
|---|---|
| **$99,533.00** | **Debtor is a sole proprietor, public speaker and writer who earns most of his income in first half of each calendar year.** |
| | **2010 Gross Receipts/Sales: $187,110** |
| | **2010 Business Expenses: $45,180** |
| | **2010 Net Income: $141,930** |
| | **2011 Gross Receipts/Sales: $103949** |
| | **2011 Business Expenses: 73,690** |
| | **2011 Net Income: $30,259** |
| | **YTD Gross Receipts/Sales:  $99533** |
| | **YTD Business Expenses: $58,298.29** |
| | **YTD Net Income: $41,234.71** |

---

None ☐

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the

two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | |

---

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other

debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that

constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account

---

None ☑

b. Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately

preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than

$5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support

obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

07/03/2012 04:40:05pm

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

In re:    Kevin Powell                                      Case No. _____
                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None

☑  c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit

of creditors

who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐  a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the

filing of this

bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| The Toy Factory Lofts Condominium, By its Board of Managers v. Kevin Powell 017621/12 | Civil Action | Civil Court of New York County of Kings | Pending |

---

None

☑  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year

immediately preceding

the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning

---

**5. Repossessions, foreclosures and returns**

None

☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of

foreclosure or returned

to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or

chapter 13 must

---

**6. Assignments and receiverships**

None

☑  a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the

commencement of this case.

(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a

---

None

☑  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately

preceding the

commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property

---

**7. Gifts**

None

☑  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except

ordinary and usual

gifts to family members aggregating less than $200 in value per individual family member and charitable contributions

aggregating less than $100

---

**8. Losses**

None

☑  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case

or since the

commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

In re:    **Kevin Powell**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

None  **9. Payments related to debt counseling or bankruptcy**

☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt

consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the

|  | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **NAME AND ADDRESS OF PAYEE** | | |
| **Daniel Favors Law PLLC** | **04/22/2012** | **$1,700.00** |
| **305 Broadway 14th Flr.** | | |
| **New York, NY 10007** | | |

---

None  **10. Other transfers**

☑  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred

either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12

---

None  b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-

☑  settled trust or

---

None  **11. Closed financial accounts**

☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise

transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts,

certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,

---

None  **12. Safe deposit boxes**

☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately

preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or

---

None  **13. Setoffs**

☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this

case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether

---

None  **14. Property held for another person**

☑  List all property owned by another person that the debtor holds or controls.

---

None  **15. Prior address of debtor**

☑  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied

during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

In re:    Kevin Powell                                                 Case No. _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None
☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,

Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic

substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or

regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated

by the debtor, including, but not limited to, disposal sites.

---

None
☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or

potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if

---

None
☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.

---

None
☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is

---

### 18. Nature, location and name of business

None
☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending

dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,

sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the

commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately

preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending

dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDIN DATES |
|---|---|---|
| Kevin Powell, Sole Proprietor 176 Johnson St. Apt 8B Brooklyn, NY 11201 | Public Speaker, Author | 2000 - Present |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

In re:   **Kevin Powell**

Case No. _____
                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,

within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of

more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or

self-employed in a trade, profession, or other activity, either full- or part-time.

---

## 19. Books, records and financial statements

None
☑  a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the

---

None
☐  b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael Heyman** | **June 2012** |
| **Tax Return Preparation** | **Spring 2011** |
| **The WS Group LLC** | |
| **152 Madison Ave Ste. 700** | |
| **New York, Ny 10016** | |

---

None
☐  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the

| NAME | ADDRESS |
|---|---|
| **Buzz Brand Marketing** | **419 Lafayette St. 2nd Flr** |
| | **new York, NY 10003** |

---

None
☑  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by

---

## 20. Inventories

None
☑  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the

---

None
☑  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None
☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

07/03/2012 04:40:05pm

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

In re:    Kevin Powell

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or

---

**22. Former partners, officers, directors and shareholders**

None
☑    a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement

---

None
☑    b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the

---

**24. Tax Consolidation Group**

None
☑    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax
purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the

---

**25. Pension Funds**

None
☑    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer,
has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____        Signribution _**/s/ Kevin Powell**_____
                                                of Debtor    *Kevin Powell*

Date _____        Signature _____
                                                of Joint Debtor
                                                (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

07/03/2012 04:40:06pm

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
## BROOKLYN DIVISION

IN RE:   **Kevin Powell**

CASE NO

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br>Select Portfolio Serviceing Inc<br>P O Box 65250<br>Salt Lake City, UT 84165-0250<br>0009724618; 0009712779 | **Describe Property Securing Debt:**<br>Mortgage Note |

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
   Debtor will continue making payments to creditor without reaffirming.

Property is (check one):
☑ Claimed as exempt    ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No.    1 | | |
|---|---|---|
| **Lessor's Name:**<br>Sprint Wireless<br>P O Box 8077<br>London, KY 40742 | **Describe Leased Property:**<br>Phone Service | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑    NO ☐ |

| Property No.    2 | | |
|---|---|---|
| **Lessor's Name:**<br>Time Warner Cable<br>41-61 Kissena Blvd<br>Flushing, NY 11355-3189 | **Describe Leased Property:**<br>Cable/Internet contract | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑    NO ☐ |

07/03/2012 04:40:06pm

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

IN RE:    **Kevin Powell**

CASE NO

CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No.    3 | | |
|---|---|---|
| **Lessor's Name:**<br>Verizon Wirelss<br>PO Box 3037<br>Bloomington, IL 61702 | **Describe Leased Property:**<br>Cell phone contract | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date _____

Signature __**/s/ Kevin Powell**_____
                    ***Kevin Powell***

Date _____

Signature _____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
## BROOKLYN DIVISION

IN RE:    Kevin Powell

CASE NO

CHAPTER    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and
that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for
services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case
is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$1,700.00** |
| Prior to the filing of this statement I have received: | **$1,700.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and
   associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or
   associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the
   compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in
   bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

_____          **/s/ Lurie Daniel Favors**

Date                                     *Lurie Daniel Favors*          Bar No.  LD1807
                                         Daniel Favors Law PLLC
                                         305 Broadway 14th Flr.
                                         New York, NY 10007
                                         Phone: (347) 967-7737 / Fax: (212) 659-0108

---

 **/s/ Kevin Powell**
*Kevin Powell*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

IN RE:   **Kevin Powell**                                    CASE NO

                                                             CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____          Signature  __/s/ Kevin Powell_____
                                                           **_Kevin Powell_**

Date _____          Signature  _____

Aaron Golembiewski
25 Washington St. Apt 8F
Brooklyn, NY 11201


Alled Interstate Inc
PO Box 361317
Columbus, OH 43236


Allied Interstate
3000 Corporate Exchange Dr 5th Flr
Columbus, OH 43231


Allied National/collec
440 Regency Parkway Dr S
Omaha, NE 68114


American Express
American Express Special Research
PO Box 981540
El Paso, TX 79998

Antonio Johnson
1020 Grand Concourse Apt 21L
Bronx, NY 10451


Asset Acceptance Llc
Attention: Bankruptcy
PO Box 2036
Warren, MI 48090

Associated Credit Services
105B South St.
P O Box 9100
Hopkinton, MA 01748-9100

Atlanta Technical College
1560 Metropoloitan Parkway, SW
Atlanta, GA 30310-4446

Barry Shepard
375 Stuyvesant Ave
Brooklyn, NY 11233


Basil Smikle
2006 Congressional Campaign
2753 Broadway Ste 240
New York, NY 10025

Boris Slugskiy
226 Ave T
Brooklyn, NY 11223


Chase
Po Box 15298
Wilmington, DE 19850


Chase Bank
OH1-1188
340 S. Cleveland Ave. Bldg 370
Westerville, OH 43081

Chase N.A.
Attn Bankruptcy Dept
P.O. Box 15145
Wilmington, DE 19850

Checks & More
230 Flatbush Ave.
Brooklyn, NY 11217


City of Dallas
P O Box 650302
Dallas, TX 75265-3033


Civil Court of the City of New York
141 Livingston St. Room 302
Brooklyn, NY 11201

Dan Campanelli
2010 Congressional Campaign
286 Clinton Ave. Apt 4B
Brooklyn, NY 11205

Debbie McGhie
Pole 50
Jones Trace Quarry Rd.
San Juan, Trinidad

Diego Zapata
210 Stanton St. Apt 627
New York, NY 10002

Discover Fin
Attention:  Bankruptcy Department
PO Box 3025
New Albany, OH 43054

Diversified Collection Services
PO Box 9046
Pleasanton, CA 94566-9046

eGix, Inc. Liquidating Trust
P O Box 1242
Carmel, IN 46802-1242

Erica Perkins
3065 Louise Dr. N
Mobile, AL 36606
2008 Congressional Campaign

Farrar Straus Giroux
18 West 18th St.
New York, NY 10011

Federal Election Commission
999 E. St. NW
Washington, DC 20463

FMS DMS Diversified
PO Box 979103
Saint Louis, MO 63197-9000


Focus Receivables Management
8306 Laurel Fair Circle, Ste 200
Tampa, FL 33610


Gecrb/gap
Po Box 965005
Orlando, FL 32896


Gene Johnson
2010 Congressional Campaign
1655 Flatbush Ave. Apt C501
Brooklyn, NY 11210


Gleason & Koatz, LLP
122 East 42nd St.
New York, Ny 10169
Attn: Rachel E. Black-Maier


Great Green Cleaning
125 8th St.
Brooklyn, NY 11215


Gus Heningberg
27 Burnett Ave
Maplewood, NJ 07040


Hertz Rent A Car
225 Brae Blvd
Parkridge, NJ 07656


Houghton Mifflin
HM Receivables Co.II LLC
Collections Department
9205 Southpark Center Loop Dr.

```
Internal Revenue Service
11601 Roosevelt Boulevard
P O Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Central Insolvency Operation
P O Box 7346
Philadelphia, PA 19101-7346

James Walker, Esq.
Walker & Associates LLP
324 Elm St. Ste 204A
Monroe, CT 06468

Jennifer James 2006 Congressional Campai
c/o Office of th City Comptroller
Municipal Building
One Centre St.

JNR Adjustment Company Inc
1375 S. Semoran Blvd Ste 1347
Winter Park, FL 32792


John Agnelli
808 Neill Ave
Bronx, NY 10465


Kelly Owens
1300 Dewey Street
Houma, LA 70360


Kevin Hanneman
2010 Congressional Campaign
c/o McGivney & Kluger
23 Vreeland Road Ste 200

Law Offices of Cohen & Slamowitz LLP
P O Box 9001
Woodbury, NY 11797-9001
```

Law Offices of Cohen & Slamowitz LLP
199 Crossways Park Drive
Woodbury, NY 11797-2016


Law Offices of Cohen & Slamowitz LLP
P O Box 9012
Woodbury, NY 11797-9012


LDC Collection Systems
P O Box 223676
Dallas, TX 75222-3676


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


Michael Cohen
210 Lakeview Ave East
Brightwaters, NY 11718


Midland Credit Management
PO Box 60578
Los Angeles, CA 90060-0578


Midland Credit Management
Dept 12421
P O Box 603
Oaks, PA 19456

Midland Credit Management
8875 Aero Drive, Ste 200
San Diego, CA 92123


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

MRS Associates
1930 Olney Ave
Cherry Hill, NJ 08003


Mullooly, Jeffrey, Rooney & Flynn
6851 Jericho TPKE Ste 220
Syosset, NY 11791-9036


NCC
245 Main St.
Dickson City, PA 18519


Nco Fin/09
Attention: Bankruptcy
507 Prudential Rd
Horsham, PA 19044

NCO/Fin
PO Box 15630 Dept 99
Wilmington, DE 19850


NCO/Fin
507 Prudential Road
Horsham, PA 19044


Neal Erman
372 West Mount Pleasant
Livingston, NJ 07039


NY LA Sports Club
330 East 61st St.
New York, NY 10065


NYC Finance
59 Maiden Lane
New York, NY 10036-4502

Plaza Associates
JAF Station,
PO Box 2769
New York, NY 10116-2769

Portfolio Recovery Associates LLC
120 Corporate Blvd.
Norfolk, VA 23502

Ramon Plasencia
86-02 Park Lane South Apt 1a1
Woodhaven, NY 11421

Randy Crumpton
70 West Madison St. Ste 1400
Chicago, IL 60602

Rob Kenner
110 Williams St.
Norwalk, CT 06851

Select Portfolio Serviceing Inc
P O Box 65250
Salt Lake City, UT 84165-0250

Shell Oil / Citibank
Attn.: Centralized  Bankruptcy
PO Box 20507
Kansas City, MO 64195

Shirley M. Powell
56 Linden Ave Apt 303
Jersey City, NJ 07305

Sony Music
550 Madison Ave
New York, NY 10022
Attn: Legal

Sprint Wireless
P O Box 8077
London, KY 40742


Stephan Worrell
2106 Union St
Brooklyn, NY 11212


SUNY Downstate Medical Center
PO Box 3194
New York, NY 10008


SUNY Downstate Medical Center
at LICH
PO Box 5308
New York, NY 10087-5308

Supreme Court of the State of New York
360 Adams St.
Brooklyn, Ny 11201


The GAP
Customer Relations
100 Gap Online Drive
Grove City, OH 43123

The New York Times
P O Box 70
Northvale, NJ 07647-9908


The New York Times
PO box 371456
Pittsburgh, PA 15205-7456


Theo Moore
663 East 38th St.
Brooklyn, NY 11203

Time Warner Cable
41-61 Kissena Blvd
Flushing, NY 11355-3189


Tribeca Cinemas
54 Varick st.
New York, NY 10013
Attn: Sandra O'Hearen, CFO

US Attorney's Office - EDNY
271 Cadman Plaza East
Brooklyn, NY 11201


US Dept of the Treasury
Debt Management Services
Post Office Box 830794
Birmingham, AL 35283-0794

Vengroff Williams & Associates
P O Box 4155
Sarasota, FL  34230-4155


Verizon Wirelss
PO Box 3037
Bloomington, IL 61702


Walter Parrish
1502 Forest Haven Blvd.
Edison, NJ 08817


Williams & Fudge Inc
PO Box 266
Rock Hill, SC 29731


Wolf Haldenstein Adler Freeman Herz
270 Madison Ave.
New York, NY 10016
Attn: Maria I Beltrani

Zwicker & Associates PC
80 Minuteman Rd
Andover, MA 01810-1031

**B 22A (Official Form 22A) (Chapter 7) (12/10)**

In re: **Kevin Powell**

Case Number:

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**
☐ **The presumption does not arise.**
☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor.  If none of the exclusions in Part I applies, joint debtors may complete one statement only.  If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|

| | |
|---|---|
| 1A | **Disabled Veterans.**   If you are a disabled veteran described in the Declaration in this Part 1A, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII.  Do not complete any of the remaining parts of this statement.<br><br>☐  **Declaration of Disabled Veteran.**   By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. § 901(1)). |
| 1B | **Non-consumer Debtors.**   If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII.  Do not complete any of the remaining parts of this statement.<br><br>☑  **Declaration of non-consumer debts.**   By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**   Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period").  If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII.   **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐  **Declaration of Reservists and National Guard Members.**   By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br> ☐ I remain on active duty /or/<br> ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br> OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br> ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B 22A (Official Form 22A) (Chapter 7) (12/10)

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|

| 2 | **Marital/filing status.**  Check the box that applies and complete the balance of this part of this statement as directed. | | |
|---|---|---|---|
| | a. ☐ **Unmarried.**    **Complete only Column A ("Debtor's Income") for Lines 3-11.** | | |
| | b. ☐ Married, not filing jointly, with declaration of separate households.  By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." | | |
| | **Complete only Column A ("Debtor's Income") for Lines 3-11.** | | |
| | c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. | | |
| | **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | d. ☐ Married, filing jointly.    **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br><br>Debtor's<br>Income | Column B<br><br>Spouse's<br>Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | |
| 4 | **Income from the operation of a business, profession, or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.    **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
| | | a. | Gross receipts | | | |
| | | b. | Ordinary and necessary business expenses | | | |
| | | c. | Business income | Subtract Line b from Line a | | |
| 5 | **Rent and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
| | | a. | Gross receipts | | | |
| | | b. | Ordinary and necessary operating expenses | | | |
| | | c. | Rent and other real property income | Subtract Line b from Line a | | |
| 6 | **Interest, dividends, and royalties.** | | |
| 7 | **Pension and retirement income.** | | |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.**  Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed.  Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | |
| 9 | **Unemployment compensation.**  Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |
| | | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor | Spouse | | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012

**B 22A (Official Form 22A) (Chapter 7) (12/10)**

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | | |
| | b. | | |
| | Total and enter on Line 10 | | |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | | |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor's state of residence: _____    b. Enter debtor's household size: _____ | |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. | |
| | b. | |
| | c. | |
| | Total and enter on line 17. | |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012

**B 22A (Official Form 22A) (Chapter 7) (12/10)**

| | | |
|---|---|---|
| **19B** | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| **Persons under 65 years of age** | | | **Persons 65 years of age or older** | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | | a2. | Allowance per person | |
| b1. | Number of persons | | b2. | Number of persons | |
| c1. | Subtotal | | c2. | Subtotal | |

| | | |
|---|---|---|
| **20A** | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | |

| | | |
|---|---|---|
| **20B** | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| | | |
|---|---|---|
| **21** | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |

| | | |
|---|---|---|
| **22A** | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

**B 22A (Official Form 22A) (Chapter 7) (12/10)**

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.**<br>If you pay the operating expenses for a vehicle and also use public transportation, and you contend that<br>you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the<br>"Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at<br>www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

| | |
|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**<br>Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an<br>ownership/lease expense for more than two vehicles.) ☐1  ☐2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation<br>(available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the<br>Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from<br>Line a and enter the result in Line 23. DO NOT ENTER AN AMOUNT LESS THAN ZERO. |

| | | |
|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as<br>stated in Line 42 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | |
|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**<br>Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation<br>(available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the<br>Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from<br>Line a and enter the result in Line 24. DO NOT ENTER AN AMOUNT LESS THAN ZERO. |

| | | |
|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as<br>stated in Line 42 | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.**  Enter the total average monthly expense that you actually incur for all<br>federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-<br>employment taxes, social-security taxes, and Medicare taxes. DO NOT INCLUDE REAL ESTATE OR<br>SALES TAXES. | |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly<br>payroll deductions that are required for your employment, such as retirement contributions, union dues,<br>and uniform costs. DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS VOLUNTARY 401(K)<br>CONTRIBUTIONS. | |
| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay<br>for term life insurance for yourself. DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR<br>DEPENDENTS, FOR WHOLE LIFE OR FOR ANY OTHER FORM OF INSURANCE. | |
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are<br>required to pay pursuant to the order of a court or administrative agency, such as spousal or child support<br>payments. DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 44. | |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**<br>Enter the total average monthly amount that you actually expend for education that is a condition of<br>employment and for education that is required for a physically or mentally challenged dependent child for<br>whom no public education providing similar services is available. | |
| 30 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on<br>childcare--such as baby-sitting, day care, nursery and preschool. DO NOT INCLUDE OTHER<br>EDUCATIONAL PAYMENTS. | |
| 31 | **Other Necessary Expenses: health care.**  Enter the total average monthly amount that you actually expend<br>on health care that is required for the health and welfare of yourself or your dependents, that is not<br>reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered<br>in Line 19B. DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS<br>ACCOUNTS LISTED IN LINE 34. | |

**B 22A (Official Form 22A) (Chapter 7) (12/10)**

| | | |
|---|---|---|
| 32 | **Other Necessary Expenses: telecommunication services.**   Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents.  DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | |

| | |
|---|---|
| **Subpart B: Additional Living Expense Deductions** **Note: Do not include any expenses that you have listed in Lines 19-32** | |

| | | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
| | a. | Health Insurance | |
| | b. | Disability Insurance | |
| | c. | Health Savings Account | |
| | Total and enter on Line 34 | | |
| | IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below: _____ | | |

| | | |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law.  The nature of these expenses is required to be kept confidential by the court. | |
| 37 | **Home energy costs.**  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST EXPLAIN WHY THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS. | |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | |

*Amount(s) are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012

B 22A (Official Form 22A) (Chapter 7) (12/10)

## Subpart C: Deductions for Debt Payment

| | | | | |
|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | | ☐yes ☐no |
| b. | | | | ☐yes ☐no |
| c. | | | | ☐yes ☐no |
| | | | Total: Add Lines a, b and c. | |

| | | | | |
|---|---|---|---|---|
| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| | | | Total: Add Lines a, b and c |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 28. | |

| | | | |
|---|---|---|---|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |

| | | | |
|---|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | % |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | |

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | |

# Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | |

**B 22A (Official Form 22A) (Chapter 7) (12/10)**

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | |
|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total: Add Lines a, b, and c | |

## Part VIII: VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: _____    Signature: __**/s/ Kevin Powell**_____<br>                                                                    **Kevin Powell**<br><br>Date: _____    Signature: _____<br>                                                                    (Joint Debtor, if any) |

*\* Amount(s) are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **Kevin Powell** | § | |
| | § | Case No. _____ |
| | § | |
| Debtor(s) | § | Chapter    **7**_____ |

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐    *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts] --*
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☐    *[Only include if petitioner is a corporation, partnership or limited liability company] --*
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: _____        **/s/ Kevin Powell**_____
Kevin Powell
Debtor
**Soc. Sec. No.   xxx-xx-9969**_____

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: _____        **/s/ Lurie Daniel Favors**_____
Lurie Daniel Favors, Attorney for Debtor