United States Bankruptcy Court
Eastern District of New York

In re:                                                          Case No. 12-44911-ess
Kevin Powell                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1        User: frandazzo        Page 1 of 2        Date Rcvd: Aug 03, 2012
                           Form ID: 273           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2012.
db          +Kevin Powell,   176 Johnson St. Apt 8B,   Brooklyn, NY 11201-3033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +E-mail/Text: david.doyaga@verizon.net Aug 03 2012 18:09:51     David J Doyaga,   26 Court Street,
             Suite 1002,   Brooklyn, NY 11242-1110
                                                                                          TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2012**                        **Signature:**    _Joseph Speetjens_

District/off: 0207-1          User: frandazzo          Page 2 of 2          Date Rcvd: Aug 03, 2012
                              Form ID: 273             Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2012 at the address(es) listed below:
              David J Doyaga    david.doyaga@verizon.net,  NY98@ecfcbis.com,
              Lurie  Daniel-Favors   on behalf of Debtor Kevin Powell lurie@danielfavorslaw.com,
                dflgnacba@gmail.com
              United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                    TOTAL: 3

# United States Bankruptcy Court

### Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

---

IN RE:                                                              CASE NO: 1–12–44911–ess

   Kevin Powell

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                    CHAPTER: 7

   xxx–xx–9969

              DEBTOR(s)

---

## FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies remain regarding the document(s) indicated below. Under § 521(i)(1) of the Bankruptcy Code, these documents are required to be filed no later than 45 days from the filing of the petition.

- ☐ Notice to Individual Consumer Debtor Under **§342(b)** of the Bankruptcy Code (Official Form B201)
- ☐ Schedule A
- ☐ Schedule B
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule I
- ☐ Schedule J
- ☐ Statement of Financial Affairs
- ☐ Statement of Monthly Means Test and Income Calculation
- ☑ Copies of Pay Statements received within 60 days prior to the date of filing

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

Dated: August 3, 2012

For the Court, Robert A. Gavin, Jr., Clerk of Court

**GTntcdef521.jsp** [Final Deficiency Notice rev.08/20/09]